-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SHAWN GREEN, 97A0801,

        Plaintiff,

    -v-

**DECISION and ORDER**
06-CV-6312CJS(Fe)

CENTRAL OFFICE REVIEW COMMITTEE (CORC);
GLENN S. GOORD, Commissioner;
THOMAS G. EAGEN, Director; K. BELLAMY, Assistant,
INMATE GRIEVANCE PROGRAM (IGP);
LAW LIBRARY COORDINATOR;
NUTRITIONAL SERVICES DIRECTOR;
M. MCGINNIS, Superintendent, Southport Correctional
Facility; P. CHAPPIUS, DSS Administrative Deputy;
D. SULLIVAN, Captain; LAW LIBRARY ADMINISTRATOR;
BLOCK SERGEANTS; IGP SUPERVISOR;
MAILROOM STAFF and DONNA M. MASTERSON;

        Defendants.

Plaintiff, who is incarcerated in the Southport Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Court denies plaintiff's motions for Temporary Restraining Order, Preliminary Injunction, and Counsel without prejudice pending answer of the complaint. It does not clearly appear that irreparable injury, loss, or damage will result to the applicant and the

Court is not in a position to assess the balance of hardships without answer by the defendants.

Additionally, the Court notes that apart from specific defendants identified by name, plaintiff has named committees made up of individuals, such as the Central Office Review Committee, rather than named individuals. Plaintiff will be required to identify the individuals corresponding to such positions individually as well as to name individually other defendants not identified by name, such as IGP Supervisor, in order to serve and proceed against them in this action.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint and specifically address plaintiff's requests for a Temporary Restraining Order and Preliminary Injunction.

SO ORDERED.

Dated: 7/31, 2006
Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge