FILED   -PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT

SHAWN GREEN, 97A801,

        Plaintiff,

                                                DECISION AND ORDER
-v-                                       06-CV-6312CJS(Fe)

CENTRAL OFFICE REVIEW COMMITTEE (CORC);
GLENN S. GOORD, Commissioner;
THOMAS G. EAGEN, Director; K. BELLAMY, Assistant,
INMATE GRIEVANCE PROGRAM (IGP);
LAW LIBRARY COORDINATOR;
NUTRITIONAL SERVICES DIRECTOR;
M. MCGINNIS, Superintendent, Southport Correctional
Facility; P. CHAPPIUS, DSS Administrative Deputy;
D. SULLIVAN, Captain; LAW LIBRARY
ADMINISTRATOR; BLOCK SERGEANTS;
IGP SUPERVISOR; MAILROOM STAFF,
DONNA M. MASTERSON; HOLLY A. COLLETT;
REGIONAL HEALTH SERVICES ADMINISTRATOR;
N. R. WHITTEN; PROGRAM DEPUTY; R. BARNARD;
FACILITY HEALTH SERVICES DIRECTOR;
J. CIESLAK; MARTAIN, SERGEANT; and JAYNE

        Defendants.

Plaintiff *pro se* has filed a Supplemental Complaint. The Court had previously reviewed plaintiff's complaint and ordered it to be served. However, the complaint has not yet been served. The Court hereby Orders that the Complaint and Supplemental Complaint comprise the operative pleading in this case, and the Complaint and Supplemental Complaint, together shall be served on the defendants.

The Clerk of the Court is directed to file plaintiff's Supplemental Complaint, and to cause the United States Marshal to serve copies of the Summons, Complaint, Supplemental Complaint,

the Order dated July 31, 2006, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the Complaint and Supplemental Complaint and specifically address plaintiff's requests for a Temporary Restraining Order and Preliminary Injunction.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: August 21, 2006
Rochester, New York