**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

SHAWN GREEN 97 A 0801,

                Plaintiff,

-vs-                                   ORDER
                                                        06-CV-6312-CJS

CENTRAL OFFICE REVIEW COMMITTEE, *et al.*,

                Defendants.

---

      **Siragusa, J.** Before the Court is Plaintiff's motion (Docket No. 50) pursuant to Federal Rule of Civil Procedure 60(b) for reconsideration of the Court's decision denying a temporary restraining order and preliminary injunction.

      The Court has reviewed Plaintiff's application, consisting of his notice of motion, supporting affirmation and memorandum of law, dated December 17, 2007, with an attached exhibit dated October 2, 2003, pertaining to braids. Considering this information in light of the standards under Rule 60(b), the Court determines that nothing raised in the papers supports a need for reconsideration of the Court's prior determination denying Plaintiff's motion for injunctive relief. Plaintiff's application (Docket No. 50) is denied.

      SO ORDERED.

Dated:  April 10, 2008
           Rochester, New York

                Enter:

                        /s/ Charles J. Siragusa
                        CHARLES J. SIRAGUSA
                        United States District Judge