UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHAWN GREEN, 97A0801,

        Plaintiff,

    -v-

CENTRAL OFFICE REVIEW COMMITTEE (CORC),
et al.,

        Defendants.

**DECISION AND ORDER**
06-CV-6312CJS(Fe)

---

By Order dated March 9, 2009, the Court granted the uncontested motion to amend the complaint in this action (Docket # 65). The Clerk of the Court is directed to cause the United States Marshal to serve copies of the Summons, Amended Complaint, and this Order upon defendants CENTRAL OFFICE REVIEW COMMITTEE (CORC), Assistant, Inmate Grievance Program (I.G.P.) C. LUIDQUEST, Law Library Coordinator JEAN C. BOTTA, Nutritional Services Director JANE/JOHN DOE, Former IGP Supervisor J. HALE, Mailroom Personnel K. WASHBURN, Commissioner BRIAN FISCHER, Southport Correctional Facility Superintendent D. NAPOLI, Security Deputy J. COLVIN, Former Administration Deputy SUSAN GASIEWICZ, Administration Deputy M. BRIDGE, Program Deputy A. BARTLETT, Acting Deputy P. CORCORAN, MCGRAIN, SHOEMAKER, Sergeant JOHN DOE, Correction Officer C. SKELLY, Captain M. SHEAHAN and SAMPSELL, without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

In his complaint, plaintiff lists several John or Jane Doe defendants. Pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d. Cir. 1997)(per curiam), the Court requests that the Attorney General of the State of New York ascertain the full name of the John Doe defendant plaintiff seeks to sue. The Attorney General is also requested to provide the address where the John Doe defendant can currently be served. The Attorney General need not undertake to defend or indemnify the individual at this juncture. This order merely provides a means by which plaintiff may name and properly serve the defendant as instructed by the Second Circuit in <u>Valentin</u>.

The Attorney General of the State of New York is hereby requested to produce the information specified above regarding the identity of the John Doe defendant by **February 16, 2010.** The information should be sent to the Pro Se Office, 304 U.S. Courthouse, 68 Court Street, Buffalo, New York 14202. Once this information is provided, plaintiff's complaint shall be deemed amended to reflect the full name of the John Doe defendant, summons shall be issued and the Court shall direct service on that defendant. The Clerk of Court shall send a copy of this Order and the complaint to Assistant Attorney General J. Richard Benitez, 144 Exchange Street, Rochester, New York 14614.

Pursuant to 42 U.S.C. § 1997e(g), the defendants are directed to answer the complaint.

**IT IS SO ORDERED.**

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated:  1/11  , 2010
Rochester, New York